**WITHIN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

**Randy Lee Rindahl,**          **On Behalf of Himself - And**
    **Plaintiff,**      **&**  **Similar Like Persons - Rule 23**
W-104 #07105                    **Appointment of Counsel Rule 23(g)**
1600 N. Drive
Sioux Falls, SD 57117-5911
                                *20-cv- 4044*

**Vs.**

**Kristen Noam - Governor for the State of South Dakota**
    3200 East Highway 34 - Pierre, SD 57501
**Mike Leidholt - Secretary of Corrections**
    3200 East Highway 34 - Pierre, SD 57501
**Darin Young - Warden**
    1600 N. Drive - Sioux Falls, SD 57117-5911
**Troy Ponto - Assoc. Warden**
    1600 N. Drive - Sioux Falls, SD 57117-5911
**John Beniton - Assoc. Warden**
    1600 N. Drive - Sioux Falls, SD 57117-5911
**Cliff Fantroy - Director of Security**
    1600 N. Drive - Sioux Falls, SD 57117-5911
**Chad Robert - Major**
    1600 N. Drive - Sioux Falls, SD 57117-5911
**Keith Ditmanson - Section Manager**
    1600 N. Drive - Sioux Falls, SD 57117-5911
**C. Wynia - Lt. Special Investigation Unit (SIU)**
    1600 N. Drive - Sioux Falls, SD 57117-5911
**Welding** - SSgt. Identification Office
    1600 N. Drive - Sioux Falls, SD 57117-5911
**Miller** - West Hall Coordinator
    1600 N. Drive - Sioux Falls, SD 57117-5911

All Defendants are shown within their official and unofficial
capacity - Enjoin Any and All Unknown Person/Persons

**Civil Rights - Tort - Breach of Contract/3rd Party Contract**
**Enforcement/Performance - State Law Claims - False Claims Act -**
**Anti Kickback Act**

**42 USC 1983; 1985; 1986; 1987; 1988 + 47 USC 154-1473 + 15 USC**
**1-24 + 47 CFR 64.2401; 47 CFR 64.6090; 47 CFR 64.6110 + 18 USC**
**1961 - 1964 + 18 USC 241 - 242 + 1st, 5th, 8th and 14th**
**Amendments of the United States Constitution - Enjoining S. D.**
**Constitution - S. D. Codified Law(s) + 41 USC 8702 (A)(2) & (3)**

## COUNT 1 - 47 CFR 64.6090

1) **5/22/2015,** The Office of Procurement Management for South Dakota - On behalf of South Dakota Department of Corrections **(SD DOC)** had received **Proposed Contract #193** - To provide *Inmate Phone/Video Visitation through Global Tel Link Corporation;* **(GTL)**

2) **3/15/2016,** Denny Kaemingk - Secretary of Corrections for the State of South Dakota had entered into a Contractual Agreement to provide the plaintiff known herein as Rindahl - various services to include Email Services/Game Center Pro/Streaming Music and EBooks;

3) Within said Contractual Agreement **SD DOC** and **GTL** had entered into an Agreement of Fraud - and Misrepresentation of **47 CFR §64.6090 'Flat-Rate Calling'**: *"No provider shall offer Flat-Rate calling for inmate calling services"* - **Proposal #193** - Enacted within the date of **3/15/2016** had identified within **Page 2 Chapter 4 Compensation:** *"...Calls will be billed at a minute rate and not by maximum length."*

4) **SD DOC** and **GTL** had identified themselves within an Illegal/Unconstitutional Partnership - when shown with such

intent to bill Rindahl for time not used as defined pursuant to **47 CFR §64.6090,** and other relevant statutes;

## COUNT 1(a)  Indifference to Grievance - Billing/Cost

**5)** Rindahl had virtue of **SD DOC Policy 1620-DOC /M8** Commenced to query various **SD DOC** and **GTL** Personnel to Address/Remedy Illegal/Unconstitutional Billing Practices - Adjoin deprivations to **47 CFR §§ 64.2401; 64.6090 and 47 CFR §64.6110;**

**6) 10/12/2017;** Rindahl had queried 'Phone Services - Ingrid Doom' - *"Require examination of billing of debit phone calls,* ***GTL,*** *or the Dept. of Corrections has been billing myself for a minute rate:"*

> **Local $0.06 (Contract $0.05)**
> **Long Distance $0.10 - $0.11 a Minute (Contract $0.08)**

GTL Personnel had responded upon **SD DOC Policy 1620-DOC /M8** sent to them within the date of **10/12/2017 -** with the statement: "There are extra taxes added to debit calls **18%** tax for **9 + 10 (cents) - GTL**'s response had created a continued violations of **47 CFR §64.6110** 'Consumer Disclosure of Inmate Calling Services Rates - within said statement - **SD DOC** and **GTL** had failed to Disclose and possible Contractual Rate Changes - adding to deprivations under **47 CFR §64.2401** Truth In Billing: - **Proposal**

**#193** Contract enacted upon **3/15/2016 – page 2 Chapter 4** States within relevant part: *"Rates for each type of service, agreed upon cost and any approved fees shall be identified in this section.."*

**7)** Unknown **GTL** Personnel had responded to continued Billing Practices with a **18.8%** under the term **FUSF** – Indifference to the Contractual Agreement Cost of a call – increase from **10/12/2017** **0.08%** Undisclosed – Mandated under **47 CFR §64.6110 – AS NOTED, GTL PERSONNEL WORK DIRECTLY UPON SD DOC GROUNDS;**

**8) 2/18/2018** – Rindahl had queried **GTL** Phone Services: *"Examine cost of debit calls"*

> **11/01/2017, 608-289-7543 .015 (.11)**
> **10/13/2017, 608-266-0278 .119 (.12)**
> **11/13/2017, 608-264-5156 .145 (.15)**

Unknown **GTL** Personnel had responded thereon; *"There are 18% taxes on **to** of listed debit prices."*

9) **3/08/2018** – redress of phone rates outside the scope of contract within relevance to a **(55)** minute debit account phone call to **779-804-4349** – costing **$7.51 – $0.136** a minute rate – **GTL** Personnel had responded with a false statement: *" There was no charge:"* Question of **SD DOC** – NONRESPONSE;

**10) 3/11/2018** - Rindahl had addressed Section Manager Madsen "or" Madson for **SD DOC** of over-billing rates - Madsen had failed to respond;

**11) 3/13/2018** - Rindahl had required **GTL** Phone Services to address the question: *"Within prior request you have stated that debit phone calls have an additional tax of **18.8%** upon them, does this extend to Prepaid calls, and if not why?"* **GTL** - Phone Service Personnel had responded: *"Yes just on out of state long distance &";*

**12) 5/10/2016** - Prepaid Account Call for **18 minutes 4 seconds** at a cost of **$1.52 - $0.08425721** a minute;

**13) 4/08/2018** - Phone Services had responded to query: *"Could you advices me of the date of changes of phone rates under contract:"* Phone Services had responded once again within the returned **SD DOC Policy 1620-DOC /M8** on **4/09/2018,** with the statement: *"March of 2016"* Here **GTL** within conjunction to **SD DOC** had with intent, acted within acts of **Fraud/Misrepresentation** of contract;

**14) 5/07/2018** - Rindahl had queried Assoc. Warden Beniton - referencing illegal altering of **GTL** Software through actions of *1 or more DOC Workstations,* creating obstruction - and illegal calling practices: Assoc Warden Beniton had Refused/Failed to investigate - or transfer to an investigation Dept.;

**15) 5/10/2018** - within redress of Assoc. warden Beniton under provisions of **S. D. Codified Law §1-15-1.8** - drawing reference to Facility Warden Troy Ponto's inability to enforce contract - creating continued obstruction within access to governmental agencies to bring forth grievance;

**16) 5/13/2018** - **3rd** addressment of Assoc Warden Beniton to enforce policy and contract relevant to **GTL** Contract - investigate - discipline;

**17) 6/18/2018** - Rindahl had addressed Major Iden-Beniton to investigate breach of contract - and enforcement requirements;

**18) 6/24/2018** - Redress of Major Iden-Beniton's Office of obstruction of phone lines meant to obtain legal advice - requiring her office to go over Assoc Warden Ponto's Position for investigation into phone (Contract) fraud;

**19) 11/02/2018** - Rindahl had queried Warden Young/Assoc Warden Ponto - Adjoin Section Manager Ditmanson of illegal altering of contract to affect billing/glossary terms - said positions refused/failed to adhere to contract and policy under **S. D. Codified Law 1-15-1.8;**

**20) 11/23/2018** - Redress of Warden Young and Assoc Wardens of illegal billing practices;

**21)** Inability of Warden Young's and Assoc Warden Ponto to enforce contract - investigate into fraud - resulted within redress of Assoc Warden Beniton within the date of **3/16/2019;** - unresponded to;

**22) 6/29/2019** - Addressment of Section Manager Madsen to enforce **GTL** Contract/Contract Performance;

**23) 10/19/2019** - Addressment of Deputy Warden and inability to enforce contract through Warden Young and Assoc Warden Ponto/Beniton - requirement to investigate & enforce **GTL** Contract;

**24) 10/20/2019** - **2nd** addressment of Assoc. Warden Cook to enforce **GTL** Contract - Gone Nonresponse;

**25) 10/20/2019** - Requirement of Warden Young, Deputy & Assoc Warden Wardens to investigate into deprivations of **47 CFR §64.6090 - SD DOC** Refused/failed to respond;

**26) 10/30/2019** - Addressment of Warden Young, Deputy Warden & Assoc Wardens to adhere to mandates set forth under **47 CFR §64.2401** - found within Disclosure within **[Version Info]** known as **[Callrequesthistory]** provided by **GTL** - Suppressed by **SD DOC;**

**27) 11/01/2019** - Addressment of Major Iden-Beniton - Requirement to investigate into contract fraud between **SD DOC** & **GTL** - Noting **47 CFR §§64.6090; 64.2401 & 47 CFR §64.6110;**

**28) 11/12/2019** - Addressment of Warden Young & Assoc Wardens requiring contract enforcement pursuant to **S. D. Codified Law §1-15-1.8;**

**29) 12/30/2019** - Addressment of Warden Young/Assoc Warden(s) and Ditmanson - addressing prior request - inability to enforce contract - address CFR's - Nonresponse;

**30) 1/18/2020** - Addressment of Cabinet Secretary - RE: Fraud within GLT Billing Accounts - Notice Count 1 (b);

## COUNT 1 (b) ILLEGAL/UNCONSTITUTIONAL TERMS
## TO CREATE OBSTRUCTION:

**31) Contract Proposal # 193** - Dated **May 22nd 2015** - Enacted within the date of **March 15th 2016** - had identified **Inmate Glossary Terms** within **Pages 98 - 99** - To which at no time upon enactment - had **GTL** identified the Term 'Courtesy Marketing' within its Contractual Agreement Glossary Terms - when shown to be affixed through one of various workstations for **SD DOC** - with the intent to be obstructive;

**32) 4/30/2017** - Rindahl had addressed Secretary of Corrections - Denny Kaemingk - in such - Rindahl had addressed Kaemingk relevant to the term Courtesy Marketing - when used to create obstruction of Family/Friends Phone Numbers;

**33) 5/30/2018** - Addressment of Young & Assoc Warden(s) Ponto/Allcock of the emplaced obstruction;

**34) 6/07/2017** - Addressment of Warden Young' & Assoc Warden's to address obstruction found under the term Courtesy Marketing - returned through Lorah Olson **(Olsen)** with the statement: *"They need to set up an account to call collect"*;

## COUNT 1 (c) BILLING ACCOUNTS:

**35) SD DOC** had enacted into a Contractual Agreement with **GTL** to provide *Inmates* as seen within the plaintiff *Phone Services/Video Visitation* as outlined within **Contract Proposal #193** - As apart of said Contract - **GTL** had outlined **Payment Options - Page 84 - Chapter 3.12 - Payment Options** - Identifying **GTL**'s Method of Payments:

**47 CFR §64.6000** - *Definition - Statutory Authority 47 USC §§154; 202; 217; 218; 220; 222; 225; 228; 251(a); 251(e); 254(k); 262; 403(b)(2)(B), (c); 616; 620; 1401-1473:*

**36) 47 CFR 64.6000(d) Collect Billing** means an arrangement whereby the called party takes affirmative action clearly indicating that it will pay the charges associated with a call originating from an inmate telephone:

**37) 47 CFR §64.6000(p) Prepaid Calling** means a prescription or comparable services in which a consumer other than an inmate funds an account set up through a provider of inmate billing services, funds from the account can then be used to pay inmate calling services, including calls that originate with an inmate:

38) **8/28/2015** - Rindahl had addressed the Secretary of

Corrections - Denny Kaemingk - with request to investigate into

fraudulent billing practices under Definition of **47 CFR §64.6000**

- Rindahl had identified making Collect Phone Calls - to have

Billing Statement Sheets mandated under **47 CFR §64.2401** Truth In

Billing relevant to **715-286-5564** - revealed a pattern of **(3)**

**Three** years Billing Practice within definition of Prepaid:


39) **4/30/2017** - Rindahl had redressed Secretary of Correction -

Denny Kaemingk within relevant reference to **8/28/2015**;


40) **11/29/2019** - Addressment of Deputy Secretary - Doug Clark -

Requiring addressed of default of contract within the meaning of

**47 CFR §§64.2401; 64. 6090 & 47 CFR §64.6110;**


41) **12/07/2019** - Rindahl had addressed Lt. Wynia - **RE:** Illegal

Billing Practices as found within Prepaid/AdvanceOnePay -

Relation workstation Placement within Illegal Access to **GTL**

Operating System within Main Control and other relevant

Workstations - related to hers, and her family members - Request

Nonresponse to;


42) **12/07/2019** - Redress of Secretary of Correction (Cabinet)

identifying Illegal Billing Practices & Deprivations to **47 CFR**

**§64.2401/47 CFR §64.6110:** Identifying **47 CFR §64.2401(a) (1)** Truth In billing requirements – which revealed relevant information emplaced to identify the Service Provider for each call made – in said case, mandated Billing Information had revealed **SD DOC** liable for said information mandated under provisions of **47 CFR §64.2401(a) (1);**

**43) 1/23/2018 -** Rindahl had queried **GTL** Personnel (Phone Services) of Billing Status relevant to various phone numbers – **GTL** Personnel had responded within reference to thereto; within the date of **1/24/2018** - *"No collect setup."* **47 CFR §64.6000(d)** *"...Called party takes affirmative action clearly indicating that it will pay..."* Here, **GTL** Personnel had acted within Fraud and Misrepresentation of **47 CFR §64.6000(d)** – creating obstruction within various phone numbers;

**44) 5/21/2018 -** Rindahl had filed **SD DOC Policy Inmate Complaint/Problem Form (4008 - DOC/G-39)** with **GTL** Personnel relevant to 605-716-6202 – Mary Schwarzenberg: *"Problem had commenced at the initial hook up of the phone with [No Answer]..."* **GTL** Personnel had continued as within **paragraph [43]** with *"They have no collect money set up."*

**45) 6/09/2018 -** Redress of Phone Services within *"Status of phone # 217-466-6031; 217-264-1066"*: *"Both need collect money put on them"*.

**46) 1/30/2020 -** Rindahl had redress Deputy Secretary - Doug Clark - *"ATTN: Default of **GTL** contract through SD DOC"* - redressing indifference to **47 CFR §§64.2401/64.6110** - *'addressing SD DOC failed/refused to remedy - adjoin identifying the Sherman Act within an Illegal Partnership with **GTL** in Billing fraud - Obstruction Applied through Young/Beniton/Ponto/Fantroy & Robert;'*

## COUNT 2 OBSTRUCTIONS WITHIN ACCESS TO THE COURTS/MEDIA

**47)** Through various timelines - Rindahl had applied Application with **GTL** - To apply various <u>Federal/State Courthouse/Media - Adjoin Governmental Agencies Phone Numbers</u> upon his Phone List;

**48)** Upon verification of acceptance of venue to convey grievance - Rindahl had commenced to place series of Debit Account phone calls to:

   **Paul Ryan's** Janesville, Wisconsin & Washington, D. C. Offices - No Response;

   **Wisconsin Department of Justice Civil Section Chief** - No Response;

**Wisconsin Governor** - Tony Evers - No Response;

**Wisconsin 1st District** - No Response;

**D. C. Federal Courthouse** - No response;

**Keith Loken** - Attorney for International Law - Department of State - No Response;

**Renee Christensen** - Attorney At Law - Disconnected;

**Eastern District of Virginia** - Federal Courthouse - No Response;

**Chris McKinney** - Wisconsin Office of Government Affairs - No response;

**Angela Kennecke** - Kelo Land News Investigator - Site BTN Block;

49) **9/23/2017** - Within an inability to obtain connection with Paul Ryan's Phone Numbers - Rindahl had addressed said obstruction with Warden Young - identifying inability upon Debit Calls to make connection with Mr. Ryan's Office - Warden Young failed to respond;

50) **10/16/2017** - Rindahl had required **GTL** Personnel to redress Kelo Land News Phone on his phone list - **GTL** Personnel had responded upon the sent **SD DOC Policy 1620-DOC /M8** within the date **10/17/2017**: *"Active"* After Billing Statements identified *"Site BTN Block"* when shown to have placed Debit Account Calls;

**1/24/2018** - Cabinet Secretary Identified Kelo-Land had restricted access August/2014

**1/11/2020** - Rindahl had requested GTL Personnel to identify the date of Hook-up - and disconnect of Kelo-Land News Investigative Reporter - GTL Personnel had responded within the statement: *"9/27/2017 - Blocked on 8/27/2014 - Do not have other info:"*

**51) 10/30/2017** - Redress of Warden Young & Assoc. Warden Ponto/Allcock of obstruction of **Paul Ryan's Offices/WDOJ/Racine Co. District Attorney** - Addressing said obstruction by design through Cliff Fantroy's Office - Requiring Criminal investigation: Non Responded;

**52) 11/17/2017** - Addressment of Warden Young - Assoc. wardens Ponto/Allcock of production of Hardcopies of obstruction of Wisconsin Governmental Agencies phone numbers provided to Cliff Fantroy - Adjoin Illegal Altering of contract software; non response;

**53) 11/20/2017** - Addressment of Assoc. Warden Ponto - *"Your phone service has created a deprivation of constitutionally protected right within freedom of speech within obstruction of phone numbers - address issue as such - remedy - discipline"* - gone unresponded;

54) **11/24/2017** - Redress of Cabinet Secretary of Wisconsin Phone Numbers - requiring proper investigation - address indifference of Young, Ponto & Allcock to their ministerial duties to enforce contract;

55) **11/28/2017** - Upon Rindahl's request - South Dakota Division of Criminal Investigation **(SD DCI)** had conducted an investigation into In Part - obstruction of phone Numbers - Undisclosed report filed with South Dakota Attorney General;

56) **2/26/2018** - Addressment of Assoc. Warden Ponto of Cliff Fantory withholding Hardcopy Documentation from **SD DCI** of obstruction of Wisconsin Governmental Agencies Phone Numbers: Gone Unresponded to;

57) **3/03/2018** - Rindahl had notified Warden Young of his Assoc. Warden Ponto's inability to investigate into Cliff Fantroy's concealment of Hardcopies of obstruction of Wisconsin Governmental Agencies Phone Numbers - Requiring his Office investigate - Remedy - Discipline: Gone Unresponded to;

58) **3/30/2018** - Upon application to apply South Dakota Department of Justice Section Chief - **GTL** had verified

acceptance within the date of **4/03/2018** - to which Rindahl upon placement had made a series of unconnected Debit Calls;

**59) 4/08/2018** - Rindahl had addressed Section Manager Ditmanson: *"Within reference to inability to obtain proper investigation out of SIU (Special Investigation Unit) I'm required to address various levels to adhere to policy mandates within: (3) Obstruction of Wisc. Governmental, and personal phones,"* at no time had Ditmanson responded within accordance to **S. D. Codified Law §§1-15-1.8/24-1-11** within contract enforcement - nor policy;

**60) 6/29/2018** - Redress of Assoc. Warden Beniton to adhere to provisions of **S. D. Codified Law 1-15-1.8** - identifying Assoc. Warden Ponto & Major Iden-Beniton's inability to adhere - and enforce policy/contract; nonresponse to;

**61) 9/01/2018** - Redress of Warden Young and Assoc. Warden Ponto continued problem of obstruction of governmental phone lines after **GTL** obtains consent of venue to convey grievance, and or petition - gone unaddressed to date - obstruction shown to extend out of **SD DOC;**

**62) 4/30/2019** - Addressment of Warden Young & Assoc. Warden Ponto/Section Manager Ditmanson - identifying GTL's conformation

of acceptance of venue to convey grievance, and or petition with
Whitehall Co. Courthouse/Eau Claire Co. Courthouse - requiring
said personnel to investigate for obstruction within Access to
the Courts; Nonresponse:

**63) 5/14/2019** - Rindahl had addressed Correctional Personnel
Wynia within direct relevance to emplaced obstruction through **SD
DOC** - requirement to investigate - included Eau Claire Co.
Courthouse; **(715-839-4801)**

> **5/14/2019** - Rindahl had filed with **GTL Personnel
> - Inmate Complaint/Problem Form (4008-DOC/G-39)**
> filed with GTL Personnel -RE: *"No connection to
> Clerks Office Eau Claire Co. Courthouse 715-839-
> 4801"* - GTL Personnel had responded: *"It goes to
> prompts for departments"*

> **5/30/2019** - Addressment of Phone Services -
> Global Tel Link Corporation: *"Could you please
> identify the duration of the phone call within
> 715-839-4801 within the am hours of 5/30/2019 -
> Thank you!"* GTL Personnel had responded thereto:
> with *"$1.01"* on **5/31/2019**;

**64) GTL's** filed response of **5/31/2019** has verified application of Prompt Protocol's within accordance to **Contract Proposal #193 Unlimited Number Blocking - page 38** to Convey Grievance to the Courts:

> **8/17/2019** - Eau Claire Co. Courthouse had verified telephone conversation under Prompt Protocol (Automatic) within Correspondence:

**65) 5/28/2019** - Cabinet Secretary - Rindahl had required Mike Leidholt to investigate into obstruction within Access to the Courts;

**66) 6/08/2019** - Addressment of Assoc. Warden Cook - Had been required to address continued obstruction within Access to the Courts after GTL had confirmed said venue to convey grievance - investigation mandated - written response mandated - Assoc. Warden Cook refused/declined to respond;

**67) 6/28/2019** - Phone Services/Global Tel Link Corporation had responded to verification of connection of Augusta, Wisconsin Attorney: *"Could you verify said 715-286-2676 Attorney Phone Number is connected/Works will Receive Phone Calls!"* **GTL** Personnel responded "Disconnected";

**68) 9/06/2019** - Addressment of Warden Young and Assoc. Warden Ponto/Beniton of obstruction of Alexandria, Virginia Federal Courthouse **701/299/2100** - when shown to have a Prompt Protocol - required investigation into possible obstruction through **SD DOC**;

**69)** Redress of Assoc. Warden Beniton on **9/20/2019** RE: Debit Calls to Eau Claire Co. Courthouse with Prompt Protocol connected - same Protocol requirements within Virginia Federal Courthouse obstructed - creating injury within Access to the Courts - Beniton transferred said grievance to Section Manager Badure for response;

**70) 10/10/2019** - Addressment of Assoc. Warden Beniton of obstruction of Eastern District of Virginia Federal Courthouse - adjoin Chris McKinney Phone Number - Both numbers verified through **GTL** as accepted - require investigation - remedy - discipline;

**71) 10/10/2019** - Addressment of Deputy Warden to investigate into obstruction of **703-299-2100** - require investigation - discipline;

**72) 12/12/2019** - Addressment of **GTL** within **SD DOC Policy Inmate Complaint/Problem Form (4008-DOC/G-39)** RE: Chris McKinney **608-**

266-1121 - Debit Account Cannot connect: **GTL** Personnel had responded: "Disconnected" on **12/13/2019;**

73) **12/12/2019** - Application with **GTL** to place Keith Loken - Attorney for International Law - Department of State - confirmed **12/13/2019;**

74) **12/14/2019** - Application to apply Renee Christensen - Attorney At Law to bring forth Grievance against SD DOC/Health Services;

> **1/03/2020** - Rindahl had filed **SD DOC Policy Inmate Complaint/Problem Form (4008-DOC/G-39) RE:** Debit Account Call - Didn't Connect - **GTL Personnel** had responded **"Disconnected" 1/07/2020;**

75) **12/20/2019** - Addressment of Warden Young & Assoc. Warden Beniton - Redress of obstruction of Federal Courthouse within the 4th Circuit - Attention to Contract - **Unlimited Number Blocking;** - Non Response;

76) **1/09/2020** - Addressment of Warden Young - Assoc. Warden - Ditmanson - Requiring enforcement of GTL Contract as Mandated -

Injury within Access to Courts through emplaced obstruction of priory approved phone lines to the Courts;

**77) 1/24/2020** - Addressment of Assoc. Warden Beniton - RE: Obstruction of priory approved Wisconsin Governors Phone Number - Require investigation - **608-888-1665** - Unresponded to;

**78) 1/29/2020** - Addressment of Major Chad Robert - RE: Investigation into Obstruction **of 703-299-2100** Federal Courthouse - Creating Injury within Access to Courts; Non Responded to;

**79) 1/30/2020** - Addressment of Deputy Secretary Doug Clark - RE: Default of GTL Contract within conduct/actions of **SD DOC** - Require investigation - Remedy - Disciple actions within said matter;

## COUNT 3 - 47 CFR 64.2401 TRUTH IN BILLING

**47 CFR §64.2401** Truth In Billing Requirements (a) Bill organization, Telephone bills shall be clearly organized and

MUST COMPLY WITH THE FOLLOWING REQUIREMENTS'

AS APART OF GTL OPERATING SYSTEM. GTL OFFERS AS IDENTIFIED UNDER EXHIBIT A 'INMATE TELEPHONE SERVICES' INMATE TELEPHONE AND TTY'S BY FACILITY; [SERVICES] "CONPANY SHALL BE RESPONSIBLE FOR: a) FURNISHING THE EQUIPMENT listed BELOW; b) THE ESTABLISHMENT (IF AND TO THE EXTENT REQUIRED OF CONPANY BY LAW) AND COMPLIANCE WITH ALL TARIFFS AND ALL RULES, REGULATIONS, ORDERS. AND POLICIES OF FEDERAL AND STATE REGULATORY AUTHORITIES APPLICABLE TO THE AUTOMATED OPERATOR SERVICES PROVIDED BY THE COMPANY; c) THE ESTABLISHMENT AND MAINTENCE OF ALL BILLING AND PAYMENT ARRANGEMENTS WITH THE LOCAL AND INTERECHANGE CARRIES'; d) THE PROCESSING OF ALL TELEPHONE CALL RECORDS; e) THE PERFORMANCE (ALONE OR THROUGH OTHERS) OF ALL VALITATION, BILLING, AUTCLEARING AND COLLECTION SERVICES; AND F) THE HANDLING OF ALL BILLING AND OTHER INQUIRES, FRAUD CONTROL, AND ALL OTHER SERVICES ESSENTIAL TO THE PROFORMANCE OF THE COMPANYS OBLIGATIONS UNDER THIS AGREEMENT."

80) 1/08/2018 - RINDAHL HAD REQUESTED PRINT OUTS (42 CFR 64, 2401) OF A SERIES OF PHONE NUMBERS (7/2017 TO DATE) FROM GTL PERSONNEL ASSIGNED SO DOC GROUNDS

- GTL HAD RESPONDED WITH THE DENIAL STATEMENT:
"HE NO LONGER AVAIABLE."

81) 1/13/2018 - RINDAHL HAD REQUESTED PHONE
SERVICES (OLSEN) FOR BILLING PRINT OUT FROM "7/2017
TO DATE" FOR A SERIES OF NUMBERS - GTL PERSONNEL
UPON SD DOC GROUNDS HAD RESPONDED: "YOUR ATTORNEY
HAS TO SUBPOENA FOR THEM NOW I CAN'T JUST PRINT
THEM"

82) 1/28/2018 - RINDAHL HAD QUERY PHONE SERVICES:
"COULD YOU PRINT OUT PHONE CALLS TO:" GTL PERSONNEL
HAD RESPONDED: "NO NOT ALLOWED TO ONLY WITH
ATTORNEY SUBPOENA."

83) 4/25/2018 - RINDAHL HAD QUERY PHONE SERVICES:
"COULD YOU PLEASE SEND ME A DEBIT BILLING STATE-
MENT FOR ALL PHONE NUMBERS EXTENDING FROM
2/2018 TO DATE." - "ADJOIN COLLECT STATEMENT OF 715-
877-3193 FOR THE LAST MONTH 4/01 TO 4/25/2018
THANK YOU" - GTL (PHONE SERVICES) PERSONNEL ASSIGNED
TO SD DOC GROUNDS HAD RESPONDED - "PHONE RECORDS
ONLY CAN GIVEN IF ATTORNEY SUBPOENAi"

84) 5/19/2018 - RINDAHL HAD CONTINUED TO QUERY
PHONE SERVICE: "FOR BALANCE SHEET OF DEBIT, PREPAID

24

AND ADVANCE ONE CALL EXTENDING FROM 3/15/2016 TO DATE; "GTL PERSONNEL HAD RESPONDED WITHIN THE DATE OF 6/01/2018 - "NO ONLY ATTORNEY CAN ASK FOR PHONE RECORDS".

85) 5/27/2018 - RINDAHL HAD FILED SD DOC POLICY 1620-DOC/MB WITH "GTL PHONE SERVICES" WITHIN A PRIOR REQUEST OF YOUR OFFICE; YOU HAD STATED THE DEPT OF CORRECTIONS HAD NO ACCESS TO THE GTL OPERATING SYSTEM, EXCEPT RECORDINGS. SEVERAL WEEKS AGO WHILE WITHIN THE WEST HALL COORDINATOR'S OFFICE. HAD BEEN SHOWN THE COMPLETE GTL OPERATING SYSTEM - COULD YOU EXPLAIN SUCH CHANGE WITHIN PROVISIONS, AND WHEN SAID PROCEDURE HAD CHANGED - ALSO, COULD YOU PLEASE PROVIDE MYSELF A DEBIT, PREPAID AND ADVANCE ONE ACCOUNT SHEET SINCE PROGRAM COMMENCED FOR MY PERSONAL RECORDS; THANK YOU!" GTL PERSONNEL UPON SD DOC GROUNDS HAD RESPONDED WITHIN THE DATE OF 5/26/2018 WITH THE STATEMENT: "ALL DOCUMENT SHOULD HAVE ONLY BEEN OBTAINED BY AN ATTORNEY".

86) 11/05/2018 - RINDAHL HAD REQUIRED PHONE SERVICES TO: "COULD YOU PROVIDE MYSELF A PRINT OUT OF MY DEBIT ACCOUNTS FOR THE LAST YEAR - THANK YOU!"

25

PHONE SERVICES HAD RESPONDED WITHIN THE DATE:
"NO ONLY ATTORNEYS CAN SUBPOENA FOR THEM."

87) 12/06/2019 - RINDAHL HAD REQUIRED 'PHONE
SERVICES - GLOBAL TEL LINK CORPORATION' - "PRINT OUT
OF PHONE NUMBERS:" GTL HAD RESPONDED WITHIN THE
DATE OF 12/17/2019 - "ONLY ATTORNEY CAN OBTAIN
PHONE INFO PRINTOUTS".

88) 12/12/2019 - RINDAHL HAD REQUIRED 'PHONE
SERVICE - GLOBAL TEL LINK CORPORATION - "NEED PRINT
DETAIL OF 703-299-2100 FROM INSTALLATION TO
DATE - NOTING 47 CFR 64.2401 & 47 CFR 64.6110" GTL
PERSONNEL HAD RESPONDED WITH THE STATEMENT:
"ONLY LAWYERS CAN OBTAIN:"

89) PRIOR TO DISCONTINUED PROVISIONS OF CONTRACT
- AND FEDERAL MANDATES - PHONE SERVICES - GTL
PERSONNEL ASSIGNED TO SD DOC GROUNDS HAD PROVIDED
THE MANDATES FOUND WITHIN 47 CFR 64.2401 - UNDER
SAID PROVISIONS - 64.2401(a)(1) IDENTIFIES LIABILITY OF
PROVIDER FOR CHARGE OF BILLING - WHETHER 3RD PARTY -
OR DIRECT BILLING -         WITHIN    SAID CASE - SD DOC
HOLDING SOLE LIABILITY FOR [ALL] INDIFFERENCE
THEREIN.

26

COUNT 4 - 47 CFR 64.6110 - CONSUMER DISCLOSURE
OF INMATE CALLING SERVICE RATES:

64.6110 'CONSUMER DISCLOSURE OF INMATE CALLING
SERVICES RATES: 'PROVIDERS MUST CLEARLY, ACCURATELY,
AND CONSPICUOUSLY DISCLOSE THEIR INTERSTATE,
INTRASTATE, AND INTERNATIONAL RATES, AND
ANCILLARY SERVICE CHARGES TO CONSUMERS ON THEIR
WEBSITES OR IN ANOTHER REASONABLE MANNER,
READILY AVAILABLE TO CONSUMERS: - PROVIDERS MUST
CLEARLY, ACCURATELY, AND CONSPICUOUSLY DISCLOSE
THEIR INTERSTATE, INTRASTATE, AND INTER-
NATIONAL RATES AND ANCILLARY SERVICE CHARGES
TO CONSUMERS ON THEIR WEBSITE OR IN ANOTHER
REASONABLE MANNER READILY AVAILABLE TO CONSUMERS."

MARCH 15th 2016 - SD DOC HAD ENTERED INTO
CONTRACT WITH GTL TO PROVIDE SD DOC INMATES
PHONE SERVICE/VIDEO VISITATION. PAGE 2 CHAPTER 4 -
'COMPENSATION' IDENTIFIED GTL'S RATES WITHIN $0.05
LOCAL - $0.08 INTERSTATE/INTRASTATE - $0.25
INTERNATIONAL - UNDER DEFINITION OUTLINED
WITHIN CONTRACTUAL AGREEMENT PROPOSAL #193

90) 10/12/2017 - GTL PESONNEL ASSIGNED TO SD DOC
GROUNDS RESPONDED TO QUERY: "REQUIRE

EXAMINATION OF BILLING OF DEBIT PHONE/CALLS, GTL, OR THE DEPT OF CORRECTIONS HAS BEEN BILLING MYSELF FOR 1 MINUTE." PHONE SERVICES HAD RESPONDED: "THERE ARE EXTRA TAXES ADDED TO DEBIT CALLS 18% TAX FOR 9¢ & 10¢."

91) 9/25 - GTL HAD RESPONDED TO QUESTION OF UNSEEN TAXES WITH THE STATEMENT: "INTERSTATE CALL RATE $10.09 PER MINUTE 2/2:51 MINUTE CALL $10.09 = $1.76 - $1.76 · 18.8% FUSF CHARGE = $3.09 + OTHER STATE TAXES AND FCC FEES = $3.20

92) 2/18/2018 - RINDAHL HAD REQUIRED GTL PHONE SERVICES: "EXAMINE COST OF DEBIT CALLS:" GTL PERSONNEL UPON SD DOC HAD RESPONDED: "THERE ARE 18% TAXES ON TOP OF LISTED DEBIT PRICES."

93) 3/08/2018 · RINDAHL HAD REQUIRED GTL PERSONNEL TO INVESTIGATE INTO RATE INCREASE OF "$0.136" - GTL PERSONNEL RESPONDED: "THERE WAS NO CHARGE." WITHIN FRAUD!

SD DOC POLICY 1.1.C./ STAFF CODE OF ETHICS 111 DEFINITIONS: [STAFF MEMBER] "FOR THE PURPOSES OF THIS POLICY, A STAFF MEMBER IS ANY PERSON EMPLOYED BY THE DOC, FULL OR PART TIME, INCLUDING.. CONTRACT

28

94) 6/12/2018 - RINDAHL HAD VIRTUE OF SD DOC Policy 1620-DOC/M8 ADDRESSED MAJOR BENITON! "AN ISSUE THATS GONE UNADDRESSED RELEVANT TO 5th PHONE." - "2. OVERBILLING OF DEBIT PHONE #'s UP TO $0.15 MINUTE, THE FUSE WAS APART OF PROPOSAL #193..." UNRESPONED WITHIN WRITTEN REQUEST - VERBAL - TOLD ASSOC. WARDEN PONTO ADVISED TRANSFER TO BADURE!

95) 11/23/2018 · PHONE SERVICE·
"MADE CALL ON 11/23/2018
2:15 PM TO 2:50 PM
STARTING BALANCE $21.12
ENDING BALANCE $16.53"

"LOST OF 35 MINUTE
CALL $4.59 AT A
RATE OF $0.1311 A
MINUTE, CORRECT BALANCE,
IDENTIFY CHANGE OF RATE,
WHETHER THUR ILLEGAL ALTERING
AT CORRECTIONS, OR NOT."

GTL PERSONNEL RESPONDED: "GLITCH IN OPERATOR $3.59 WAS CHARGE CREDIT $1.00"

29

96) 11/23/2018 - ADDRESSED WARDEN YOUNG & ASSOC.
WARDENS BENKTON/PONTO: "11/23/2018, I'D PLACED
A DEBIT CALL TO ALASKA AT A RATE OF $0.102
A MINUTE, 11/23/2018 I MADE A DEBIT CALL
TO ILL AT A RATE OF $0.131 A MINUTE - CONTRACT
CONTRACT STATES $0.08 A MINUTE" - "INVESTIGATE
COST SEVERAL YEARS FOR FRAUD, REFUND MONIES",
"SD DOC REFUSED TO RESPOND."


COUNT 5 - ILLEGAL ACCESS TO GTL OPERATING
          SYSTEM/SOFTWARE!


97) GTL IDENTIFIES ITS OPERATING SYSTEM AS
A BASIC A, B, C SYSTEM - A [INMATE] - B [SEVER]
AND C. [TO WHOM RECEIVES THE CALL] - EARLY 2018.
DINDAHL HAD IDENTIFIED THROUGH WEST HALL
COORDINATOR PLACEMENT OF AN INDIRECT
VERSION OF GTL OPERATING SOFTWARE/SYSTEM -
WEST HALL COORDINATOR HAD IDENTIFIED ACCESS TO
GTL'S BILLING SOFTWARE FROM HIS WORKSTATION.'


98) 3/18/2018 - ADDRESSMENT OF CORRECTIONAL
PERSONNEL CINDY/MINDY WYNIA - REQUIRED
WRITTEN RESPONCE OF PLACEMENT OF COMS - ACCESS
TO GTL SYSTEM - REFUSED TO RESPOND.

99) 5/12/2018 - ADDRESSMENT OF "WYNIA (2ND
REQUEST)" REDRESS OF PLACEMENT IN COMS —
ANY ACCESS TO GTL OPERATING SYSTEM - REFUSED
TO RESPOND.

100) 6/10/2018 - ADDRESSMENT OF C. WYNIA - REDRESS
OF ACCESS TO GTL OPERATING SYSTEM "(3RD
REQUEST)"

101) 7/26/2018 - ADDRESSMENT OF "C. WYNIA (SIU)"
RELEVANT TO OBSTRUCTION OF PHONE LINES - ILLEGAL
ACCESS TO GTL SYSTEM.

102) MAY OF 2019 - WEST HALL COORDINATOR
NYDEEN - ACCESS TO GTL SYSTEM THROUGH
GOOGLE SHORT CUT KEY.

103) 11/17/2019 - ADDRESSMENT OF SSGT WELDING
ID OFFICE - ACCESS TO GTL SOFTWARE - AFTER
STATEMENT WITHIN CHOW HALL - "PROBABLE THERE".

104) 11/28/2019 - ADDRESSMENT OF SSGT WELDING
ID OFFICE - REDRESS OF 11/17/2019 - 'NON RESPONDED'

105) 12/09/2019 - ADDRESSMENT OF WYNIA LY. -
REQUIRING RESPONSE TO QUESTION OF ACCESS TO

BILLING ACCOUNTS THROUGH ILLEGAL ACCESS
TO GTL OPERATING SYSTEM (PREPAID - ADVANCEONE
PAY)

106) 12/07/2019 - ADDRESSMENT OF CABINET
SECRETARY - REQUIRED ADDRESSMENT OF FRAUDULENT
BILLING ACCOUNTS: RESPONDED WARRT!

Count 6 EMAIL/GAME CENTER PRO/EBOOKS/
STREAMING MUSIC

107) AS APART OF CONTRACT - GTL HAS ENJOIN
WITH SD DOC TO PROVIDE INMATES WITH PROGRAMS
AS SUCH AS EMAIL/GAME CENTER PRO/EBOOKS
AND STREAMING MUSIC!

108) UNDER SUCH PROGRAMS - THE OFFENDER
CAN OBTAIN SUBSCRIPTIONS - ADJOIN PAYING A
SERVICE FEE - SOMETIMES EXTENDING MORE
THAN THE SUBSCRIPTION RATE ITSELF OF $8.99 (30)
DAY SUBSCRIPTION - $11.00 SERVICE CHARGE/FEE
FOR STREAMING MUSIC - GAME CENTER PRO $4.99
(30 DAY SUBSCRIPTION - $1.00 SERVICE CHARGE/FEE FOR
PUBLIC DOMAIN DOWNLOADS WHICH GTL list FOR FREE-
WITH GTL REGRISTED TRADE MARK OVERLAY - LEAVING

32

RATE DEFINITION TO THE PREMISE PROVIDER:

109) EMAIL SERVICE APPLIES A $0.25 FEE - PLUS $0.01 FOR ATTACHED PHOTO - LIMITING THE CHARACTERS TO 2000;

110) GTL IDENTIFIES SD DOC WITHIN CONTROL OF ALL INCOMING AND OUTGOING EMAILS - RESULTING WITHIN NEEDLESS DELAYS OF 3HRS TO 48HRS UPON RECEIPT OF EMAILS TRANSFER TO INMATE TABLET - ESTABLISHING NEEDLESS DELAYS AND limited CHARACTERS:

CONCLUSION - REMEDIES:

Count 1

MARCH 15th 2016 - THE STATE OF SOUTH DAKOTA - SOUTH DAKOTA DEPARTMENT OF CORRECTIONS HAD ENTERED INTO CONTRACTUAL AGREEMENT WITH GLOBAL TEL LINK CORPORATION TO PROVIDE INMATE PHONE SERVICES / VIDEO VISITATION UNDER DEFINITION FOUND WITHIN PAGE 2 CHAPTER 4 'COMPENSATION'. CALLS WILL BE BILLED AT THE PER MINUTE RATE AND NOT BY MAXIMUM LENGTH - UNDER DEFINITION OF CONTRACTUAL PROPOSAL #193 - THE STATE OF SOUTH

33

DAKOTA - SOUTH DAKOTA DEPARTMENT OF CORRECTIONS
HAD ENTERED INTO AN ILLEGAL/UNCONSTITUTIONAL
PARTERNSHIP WITH GTL WITHIN INDIFFERENCE TO
47 CFR 64.6090 'FLAT-RATE BILLING': 'NO PROVIDER
SHALL OFFER FLAT-RATE BILLING FOR INMATE BILLING
SERVICES;' - WHEN SHOWN UNDER CONTRACT TO BILL
INMATES $0.05 LOCAL; $0.08 LONG DISTANCE AND $0.25
INTERNATIONAL - BILLING FOR TIME NOT USED/OBTAIN
VIOLATING STATUTORY AUTHORITY UNDER 42 USC
154, 201, 202, 217, 218, 220, 222, 225, 226, 227, 228,
251(a), 251(b), 254(k), 262, 403 (b)(2)(B), (c), 616, 620, 1401-
1473)

> RINDAHL WOULD REQUIRE THE COURT
> TO ISSUE AN ORDER - AUDITING [ALL]
> INMATE PHONE RECORDS WITHIN LONG
> DISTANCE AND LOCAL FOR INDIFFERENCE
> OF A FLAT-RATE BILLING AND TIME
> USED WITHIN ACCORDANCE TO MANDATES
> FOUND WITHIN 47 CFR 64.6090 - SHOWN
> WITHIN INJURY UNDER THE 1st, 5th, 8th
> AND 14th AMENDMENTS - ENJOINING
> STATE (LAWS) AND CONSTITUTION; EXTENDING
> TO CONTRACT WITHIN VAC/GTL; REFUNDING
> DIFFERENCE AND PUNITIVE DAMAGES TO SD
> DOC INMATES!

ORDER THE STATE OF SOUTH DAKOTA -
SOUTH DAKOTA DEPARTMENT OF
CORRECTIONS TO FORGO ALL KICKBACKS/
COMMISSIONS - LOWERING PHONE SERVICE/
VIDEO VISITATION BASED UPON SAID
REMOVAL

AFFORD INMATE USE OF ATTACHED
VIDEO COMPONDENT TO MINI-TABLET
FOR VIDEO VISITATION WITHIN LIVING
QUARTHERS.

## COUNT 1(a) - RIGHT TO BE HEARD/GRIEVE

RINDAHL ASSERTS THE ACTIONS AND INACTIONS OF
SD DOC DEFENDANTS LEIDHOLT, YOUNG, PONTO,
BENITON, FANTROY, ROBERT, DITMANSON AND WYNIA
HAD CREATED A LIBERTY INTEREST RIGHT WITHIN
RINDAHL'S RIGHT TO BE HEARD/DUE PROCESS EQUAL
PROTECTION OF THE LAW CLAUSE - ENJOINING STATE
LAW CLAIMS/CONSTITUTION - WITHIN THEIR
INDIFFERENCE TO ENFORCE CONTRACT UPON GRIEVANCE.
INVESTIGATE INTO CONTRACT PROFORMANCE -
CONSPIRACY TO DEFRAUD BENIFIT OF CONTRACT.
INDIFFERENCE TO GRIEVANCE RELEVANT TO 42 CFR
64.2401, 64.6090 AND 42 CFR 64.6110. INDIFFERENCE

34

TO GRIEVANCE RELATED TO ILLEGAL ACCESS TO GTL
OPERATING SYSTEM/SOFTWARE - INDIFFERENCE TO
GRIEVANCE WITHIN OBSTRUCTION OF GOVERNMENTAL
AGENICES, FEDERAL/STATE COURTHOUSE'S AND
FRIEND/FAMILY PHONE LINES - INDIFFERENCE TO GRIEVANCE
WITHIN BILLING ACCOUNT FRAUD AND ILLEGAL
BILLING PRACTICES: RIMDAHL REQUIRES THE COURT TO
ADDRESS PUNITIVE DAMAGES!

REQUIRE SD DOC TO ENACT ELECTRIC
GRIEVANCE WITH GTL REGIONAL MANAGER


COUNT 1(b) ILLEGAL/UNCONSTITUTIONAL TERMS
TO CREATE OBSTRUCTION!


RIMDAHL ASSERTS THE ACTIONS AND INACTIONS OF
SD DOC DEFENDANTS, LEIDHOLT, YOUNG, PONTO,
BENTON, FANTROY, ROBERT, DITMANSON HAD SHOWN
INDIFFERENCE TO THEIR MINISTERALL DUTIES WHEM
SHOWN TO HAVE CREATED AN ILLEGAL/UN-
CONSTITUTIONAL TERMS-TO CREATE OBSTRUCTION
WITHIN ACCESS TO FRIENDS AND FAMILY PHONE
LINES WITHIN THE TERM COURTESY MARKETING.
CREATING A LIBERTY INTEREST RIGHT UNDER
THE 1st, 8th AND 14th AMENDMENTS. ENJOINING
STATE LAW CLAIMS/CONSTRUCTION - SHOWN TO CAUSE
INJURY

COUNT 1(c) BILLING ACCOUNTS

RINDAHL ASSERTS THE ACTIONS AND INACTIONS OF THE STATE OF SOUTH DAKOTA - SD DOC DEFENDANTS NOAM, LELOHOLT, YOUNG, PONTO, BENTON, FANTROY, ROBERT, DITMANSON AND WYNIA HAD SHOWN INDIFFERENCE TO THEIR MINISTERIAL DUTIES - WHEN SHOWN TO HAVE CREATED ILLEGAL BILLING PRACTICES/ACCOUNTS TO DEFRAUD - AND DOUBLE BILL RINDAHL FOR PHONE CALLS MADE COLLECT TO LEROY D. RINDAHL 715-286-5564 - CREATING A LIBERTY INTEREST RIGHT VIOLATION UNDER THE 1ST, 5TH, 8TH AND 14TH AMENDMENTS OF THE UNITED STATES CONSTITUTION - ENJOINING STATE LAW CLAIMS AND CONSTITUTION. RINDAHL CONTENDS SAID DEPRIVATION EXTENDED TO A CONSPIRACY TO CONCEAL WITHIN REFUSAL TO PROPERLY INVESTIGATE THE ILLEGAL BILLING ACCOUNTS; RINDAHL REQUIRES THE COURT TO ADDRESS PUNITIVE DAMAGES 42USC

COUNT 2 OBSTRUCTION WITHIN ACCESS TO THE COURTS/MEDIA.

RINDAHL ASSERTS THE ACTION AND INACTIONS OF NAMED DEFENDANTS LELOHOLT, YOUNG, PONTO, BENTON, FANTROY, ROBERT, DITMANSON HAD CREATED A LIBERTY INTEREST RIGHT WITHIN ACCESS TO THE COURTS AND MEDIA UNDER THE 1ST, 8TH AND

14th AMENDMENTS OF THE UNITED STATES
CONSTITUTION - ENJOINING STATE LAW CLAIMS AND
CONSTITUTION. CREATING INJURY:

RINDAHL CONTENDS THE NAMED SD DOC
DEFENDANTS HAD SHOWN INDIFFERENCE
TO THEIR OFFICIAL AND UNOFFICIAL DUTIES
WHEN SHOWN TO HAD ACTED WITHIN
BREACH OF CONTRACT CREATING ILLEGAL
UNCONSTITUTIONAL METHODS TO CREATE
OBSTRUCTION WITHIN ACCESS TO
COURTS - CAUSING ACTUAL/REAL
INJURY UNDER THE 1st, 8th AND 14th
AMENDANTS

RINDAHL CONTENDS NAMED SD DOC
DEFENDANTS HAD CREATED A LIBERTY
INTEREST RIGHT UNDER THE 1st AND
14th AMENDMENTS WITHIN ACCESS
TO THE MEDIA - KELOLAND NEWS -
WHEN SHOWN TO HAVE AFFIXED
AN UNCONSTITUTIONAL/ILLEGAL
TERM SITE BTN BLOCK - WHEN SHOWN
TO CALLED DEBIT ACCOUNT - CREATING
INJURY WITHIN ACCESS

RINDAHL REQUIRES THE COURT TO ORDER

37

BRIEFING ON ELECTRIC FILING WITHIN
ALL PRIVILEGE/LEGAL MATERIALS UPON
GTL PLATFORM; RINDAHL REQUIRES THE Court
TO ADDRESS PUNITIVE DAMAGES FOR EACH INCIDENT.

COUNT 3  47 CFR 64.2401 TRUTH IN BILLING.

RINDAHL ASSERTS THE ACTIONS AND INACTIONS
OF SD DOC DEFENDANTS HAD CREATED A LIBERTY
INTEREST RIGHT WITHIN THEIR INDIFFERENCE TO
FEDERAL MANDATES FOUND WITHIN 47 CFR 64.
2401 - WHEN SHOWN WITHIN GTL'S DISCLOSURE
WITHIN VERSION INFO - HAD CREATED A DIGITAL
VERSION OF MANDATES FOUND WITHIN 47 CFR
64.2401 - TO HAVE SD DOC DEFENDANTS SUPPRESS
FOR OVER A YEAR; CREATING INJURY WITHIN
CONTRACT ENFORCEMENT/PROFORMANCE AND STATUTE

COUNT 4 - 47 CFR 64.6110 CONSUMER DISCLOSURE OF
INMATE CALLING SERVICE RATES;

RINDAHL ASSERTS THE ACTIONS AND INACTIONS OF
SD DOC DEFENDANTS HAD ACTED WITHIN A CONSPIRACY
WITH GTL TO DEFRAUD RINDAHL OF MONIES - WHEN
SHOWN TO HAVE EXTENDED OUTSIDE THE CONTRACTUAL
AGREEMENT WITHIN THE DATE OF 3/15/2016 - WITHIN
A COST EXTENDING OUTSIDE THE COST OF A CALL

FOR A MINUTE RATE OF $0.05 (SHOWN TO EXTEND
TO $0.06) $0.08 LONG DISTANCE (EXTENDING FROM
$0.09 to $0.15 A MINUTE) - SO DOC NAD, AND STILL
REFUSES TO INVESTIGATE! HAD CREATED A LIBERTY
INTEREST RIGHT UNDER THE 1st, 5th, 8th AND
14th AMENDMENTS - CAUSING INJURY.

RINDAHL REQUIRES THE COURT TO ISSUE
AN ORDER TO GlobalTEL LINK AND
SD DOC TO ENACT A ELECTRIC NOTIFICA-
TION PROGRAM TO NOTIFY OF ANY
CONTRACTUAL CHANGES - RATE CHANGES

RINDAHL REQUIRES THE COURT TO ISSUE
ORDER TO SD DOC - REFUNDING RINDAHL
OF ALL INDIFFERECE'S WITHIN BILLING
COST, AND SIMILAR LIKE PEOPLE

RINDAHL REQUIRES THE COURT TO ISSUE
AN ORDER TO INVESTIGATE INTO
ILLEGAL BILLING RATE PRACTICES!

COUNT 5 - ILLEGAL ACCESS TO GTL OPERATING
           SYSTEM/SOFTWARE!

RINDAHL ASSERTS THE ACTIONS AND INACTIONS OF

SO DOC DEFENDANTS HAD CREATED A LIBERTY
INTEREST RIGHT UNDER THE 1st, 5th, 8th AND
14th AMENDMENTS OF THE UNITED STATES
CONSTITUTIONAL - ENJOINING STATE LAW(CLAIMS)
CONSTRUCTION - WHEN SHOWN TO HAVE GAINED
ILLEGAL ACCESS TO GTL OPERATING SYSTEM/
OPERATING SOFTWARE TO ILLEGAL ALTERING
GLOSSARY TERMS - ALTER BILLING - CREATE
OBSTRUCTION WITHIN ACCESS TO COURTS,
MEDIA, GOVERNMENTAL AGENCY AND FAMILY
AND FRIENDS PHONE NUMBERS - CREATING
INJURY.

COUNT 6 EMAIL/GAME CENTER PRO/EBOOKS/
           STREAMING MUSIC

RANDALL ASSERTS THE ACTIONS AND INACTIONS
OF SO DOC DEFENDANTS HAD ENTERED INTO A
ILLEGAL/UNCONSTITUTIONAL PARTNERSHIP WITH
GTL FOR UNJUST ENRICHMENTS WITHIN LIMITED
PROGRAMS WITHIN STREAMING MUSIC, GAME CENTER
PRO, ANJOIN UNCONSTITUTIONAL/ILLEGAL KICKBACKS
ON PHONES; CREATING AN LIBERTY INTEREST
RIGHT UNDER THE [SHERMAN ACT] ENJOIN THE
1st, 5th, 8th AND 14th AMENDMENTS OF THE
UNITED STATES CONSTITUTION - ENJOINING

40

STATE LAW CLAIMS/CONSTITUTION-CREATING
ACTUAL INJURY

RINDAHL REQUIRES THE COURT TO
ISSUE AN ORDER-ORDERING SD DOC
TO AUDIT ALL INMATE ACCOUNTS
FOR SUBSCRIPTIONS TO STREAMING
MUSIC-ORDERING THE RETURN
OF ALL MONIES OUTSIDE THE
SUBSCRIPTION RANGE OF $8.99
SINCE 3/15/2016:

RINDAHL REQUIRES THE COURT
TO ISSUE AN ORDER-AUDITING
ALL INMATE ACCOUNTS FOR PAYMENTS
FOR GAME CENTER PRO SUBSCRIPTIONS
-REFUNDING ALL PAIDED SUBSCRIPTIONS
-BASED UPON CONTRACT TERM FREE!

REQUIRE SD DOC TO ENACT A FILTER
TO INCOMING AND OUTGOING EMAILS TO
REMOVE NEEDLESS DELAYS-REDUCING
TIMELINES OF EMAILS TO 5 MINUTE IN-
COMING AND OUTGOING WITHOUT PHOTOS-
10 MINUTES WITH A PHOTO; EXTENDING
CHARACTERS TO 3000 - 4000!

41

RINDAHL WOULD ALSO REQUIRE THE
COURT TO ISSUE AN ORDER TO
LOOK INTO ENLARGING THE EXISTING
MINI-TABLET PROGRAM SIZE; NOTING
APPLYING WORDPROCESSORY UPON TABLET
FOR PRIVILEGE/LEGAL PROGRAM;

ISSUE AN ORDER ADVISING SD DOC THE
SALE GATEWAY CHRONE OR SIMILAR
TABLET WITHIN ITS COMMISSARY;

RINDAHL PRAYS THE COURT;

ISSUE AN ORDER/DECLARATION THAT THE STATEMENTS
OMISSIONS DID VIOLATE RINDAHL'S AND SIMILAR LIKE
PERSONS STATUTORY/CONSTITUTIONAL RIGHTS - ENJOINING
STATE LAW CLAIMS;

ISSUE AN ORDER GRANTING CLASS CERTIFICATION -
APPOINTMENT OF COUNSEL UNDER RULE 23/23(G)

ISSUE AN ORDER SETTING DATES AND TIMES FOR
COMPLETION OF DISCOVERY AND DEPOSITIONS;

ISSUE AN ORDER AWARDING ATTORNEY FEES AND
COST - ADJOIN POSTING OF CLASS ACTION THROUGH OUT

THE STATE OF SOUTH DAKOTA. SOUTH DAKOTA
DEPARTMENT OF CORRECTIONS

ISSUE AN ORDER AWARDING DAMAGES UNDER
COMPENSATION AND PUNITIVE;

ISSUE AN ORDER AFFORDING UPON APPOINTMENT OF
COUNSEL- AUTHORITY TO AMEND!

ISSUE AN ORDER AWARDING RINDAHL FINDING
FEES OF $25,000 " ADJOIN COST!

RESPECTFULLY SUBMITTED THIS Nth DAY OF
MARCH 2020:



43

**DEPARTMENT**
STATE PE
P.O. Box 591
Sioux Falls, SD 57117-5911

Address Service Requested

NEOPOST         FIRST-CLASS MAIL
03/05/2020
US POSTAGE $002.20

ZIP 57104
041M11461503



Clerk of Court,
United STATES DISTRICT COURT
District of South Dakota
Southern Division
400 S. Phillips Ave #128
Sioux Falls, SD
57104

JM  03/04/20